UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELO CARZOGLIO,

                          Petitioner,

              -against-

SUPERINTENDENT YEHL,

                          Respondent.

25-CV-5269

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

Petitioner, currently incarcerated at the Wende Correctional Facility, brings this *pro se* petition for a writ of *habeas corpus* under 28 U.S.C. § 2254, challenging his January 24, 2018 conviction in the New York Supreme Court, Westchester County. By order dated July 7, 2025, the Court granted Petitioner's request to proceed *in forma pauperis* ("IFP"). On December 23, 2025, Petitioner submitted a motion asking permission to file an amended petition. The Court grants Petitioner's request to file an amended petition and directs him to file the amended pleading within 60 days of the date of this order.

Petitioner also has filed a request for the appointment of counsel. The factors to be considered in ruling on this request include the merits of the case, Petitioner's efforts to obtain a lawyer, and Petitioner's ability to gather the facts and present the case if unassisted by counsel. *See Cooper v. A. Sargenti Co.*, 877 F.2d 170, 172 (2d Cir. 1989); *Hodge v. Police Officers,* 802 F.2d 58, 60-62 (2d Cir. 1986). Of these, the merits are " [t]he factor which command[s] the most attention." *Cooper*, 877 F.2d at 172. Because it is too early in the proceedings for the Court to assess the merits of the action, Petitioner's motion for counsel is denied without prejudice to renewal at a later date.

## CONCLUSION

The Court grants Petitioner's request to file an amended petition (ECF 8) and directs the Clerk of Court to terminate this motion. Petitioner must submit the amended petition to the Clerk's Office within 60 days of the date of this order, be captioned as an "Amended Petition" and bear the same docket number as this order. An Amended Petition Under 28 U.S.C. § 2254 form is attached to this order. The Court advises Petitioner that **an amended petition completely replaces the original petition.**

The Court denies Petitioner's request for the appointment of pro bono counsel (ECF 6) and directs the Clerk of Court to terminate this motion.

Because Petitioner has not at this time made a substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. *See* 28 U.S.C. § 2253.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   February 11, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

2