UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELO CARZOGLIO,

                          Petitioner,

              -against-

SUPERINTENDENT YEHL,

                          Respondent.

25-CV-5269 (LLS)

ORDER

LOUIS L. STANTON, United States District Judge:

    The Court denies Petitioner's renewed request for the appointment of counsel. The factors to be considered in ruling on this request include the merits of the case, Petitioner's efforts to obtain a lawyer, and Petitioner's ability to gather the facts and present the case if unassisted by counsel. *See Cooper v. A. Sargenti Co.*, 877 F.2d 170, 172 (2d Cir. 1989); *Hodge v. Police Officers,* 802 F.2d 58, 60-62 (2d Cir. 1986). Of these, the merits are " [t]he factor which command[s] the most attention." *Cooper*, 877 F.2d at 172.

    By order dated June 3, 2026, the Court directed Petitioner to show cause why his petition should not be denied as time-barred. (*See* ECF 17.) Thus, it is too early in the proceedings for the Court to assess the merits of the petition. The Court therefore denies Petitioner's motion for counsel (ECF 16), without prejudice to renewal at a later date. The Court directs the Clerk of Court to terminate this motion.

SO ORDERED.

Dated:    June 8, 2026
          New York, New York

                                        Louis L. Stanton
                                    Louis L. Stanton
                                        U.S.D.J.